**Order entered September 10, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00558-CV

**STEPHEN B. HOPPER AND LAURA S. WASSMER, Appellants**

**V.**

**JOHN L. MALESOVAS, D/B/A MALESOVAS LAW FIRM AND
FEE, SMITH, SHARP & VITULLO, LLP, Appellees**

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-11-03238-1**

## ORDER

Before the Court is appellees' September 7, 2018 second motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **October 15, 2018**.


        /s/     ADA BROWN
                  JUSTICE